

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-07-434-CV

MILLER TRUCK LINES, INC.                                         APPELLANT

V.

PETER MULLER                                                     APPELLEE

----------

## FROM COUNTY COURT AT LAW NO.1 OF PARKER COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* TEX. R. APP. P. 43.4.

PER CURIAM

PANEL D: HOLMAN, DAUPHINOT, and MCCOY, JJ.

---

[1] *See* TEX. R. APP. P. 47.4.

DELIVERED:  April 24, 2008